IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **LEOPOLD BALESTRIERI** and<br>**EDIE BALESTRIERI, Husband and Wife,**<br><br>   **Plaintiffs**<br><br>v<br><br>**AMERICAN HOME ASSURANCE**<br>**COMPANY, a New York Corporation,**<br><br>   **Defendant.** | **CIVIL NO. 5:07 CV 109** |

# ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* (#4) of Preston J. Fields, Sr. of the law firm of Preston J. Fields, P.A., 11211 Prosperity Farms Road, Suite C-301, Palm Beach Gardens, FL 33410, (561)799-9910, as counsel for the plaintiffs in this matter filed on October 2, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Preston J. Fields, Sr. is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: October 4, 2007

Dennis L. Howell
United States Magistrate Judge