IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cv109

| | | |
|---|---|---|
| LEOPOLD BALESTRIERI and <br> EDIE BALESTRIERI, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| Vs. | ) <br> ) | ORDER |
| AMERICAN HOME ASSURANCE <br> COMPANY, a New York Corporation, | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

**THIS MATTER** is before the court on Scott J. Frank's Motion to Appear Pro Hac Vice on behalf of defendant. Having considered Scott J. Frank's motion and reviewed the pleadings, and it appearing that such attorney is a member in good standing with the Florida bar, that such attorney has paid the required fees, and further that such attorney will obtain an ECF account and any required training (if he has not already done so in his home district), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Scott J. Frank's Motion to Appear Pro hac Vice (#6) is **GRANTED,** and Mr. Frank is **ADMITTED** to practice before the bar of this court without association of local counsel in this case.

Signed: October 14, 2007

*[signature]*

Dennis L. Howell
United States Magistrate Judge