IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| LEOPOLD BALESTRIERI and EDIE BALESTRIERI, Husband and Wife, | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | 5:07 CV 109 |
| AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, | ) ) ) ) | |
| Defendant | ) | |

# ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* (#8) of John J. Pappas of the law firm of Butler Pappas Weihmuller Katz Craig, LLP, One Harbour Place, Suite 500, 777 S. Harbour Island Blvd, Tampa, FL 33602, (813)281-1900, to appear as counsel for the defendant in this matter filed on October 15, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that John J. Pappas is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: October 16, 2007

Dennis L. Howell
United States Magistrate Judge