IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07 CV 109

| | |
|---|---|
| LEOPOLD BALESTRIERI and <br> EDIE BALESTRIERI, <br><br> Plaintiffs <br><br> V <br><br> AMERICAN HOME ASSURANCE <br> COMPANY, <br><br> Defendant | <br><br><br><br><br><br><br> **ORDER** |

**THIS MATTER** is before the court on Jay Goldstein's Application for Admission to Practice *Pro Hac Vice* of Eric W. Dickey. It appearing that Eric W. Dickey is a member in good standing with the Florida Bar and will be appearing with Jay Goldstein, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jay Goldstein's Application for Admission to Practice *Pro Hac Vice* (#16) of Eric W. Dickey is **GRANTED**, and that Eric W. Dickey is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jay Goldstein.

Signed: April 29, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge