## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cv109

| | | |
|---|---|---|
| LEOPOLD BALESTRIERI and EDIE BALESTRIERI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | **ORDER** |
| AMERICAN HOME ASSURANCE COMPANY, a New York Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** is before the court on defendant's Motion to Compel Responses. Plaintiff Edie Balestrieri has filed a response in which she states that she has provided the required answers and responses. Defendant has neither filed a Reply or a notice with the court that it does not intend to reply. See L.Cv.R. 7.1(E). Lacking a reply or notice as required by the rule, the court concludes that the production satisfies defendant's motion. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Compel Responses (#22) is **DENIED**.

Signed: August 18, 2008

Dennis L. Howell
United States Magistrate Judge