# United States District Court
## For The Western District of North Carolina
## Statesville Division

EDIE BALESTRIERI,

        Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:07CV109

AMERICAN HOME ASSURANCE COMPANY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by jury trial and a decision having been rendered by the jury;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict in favor of the defendant and filed on April 28, 2009.

                                              Signed: May 5, 2009

                                              Frank G. Johns, Clerk
                                              United States District Court