# United States District Court
# For The Western District of North Carolina
# Statesville Division

| | |
|---|---|
| EDIE BALESTRIERI, | |
| Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | CASE NO. 5:07CV109 |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2010, Order.

Signed: April 15, 2010

Frank G. Johns, Clerk
United States District Court