FOR THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:07CV109-V

| | |
|---|---|
| EDIE BALISTRIERI,<br>    Plaintiff / Counter-Defendant,<br><br>v.<br><br>AMERICAN HOME ASSURANCE<br>COMPANY,<br>    Defendant / Counter-Plaintiff. | **O R D E R** |

This matter is before the Court on Defendant American Home Insurance Company's ("AHAC") "Motion for Entitlement to Rule 68 Costs."(Document #189)

This matter went to trial in April 2009. On April 28, 2009, the jury found in favor of Defendant AHAC on all issues. (Document #182) Post-trial motions submitted by Plaintiff have likewise been resolved in Defendant's favor. (Document #191) In Plaintiff's response to Defendant AHAC's Rule 68 Motion, Plaintiff concedes that "[s]hould the Court deny the Plaintiff, E. Balistrieri's Motion for New Trial, ... AHAC, is entitled to those costs authorized by FED. R. CIV. P. 68." (Document #190, ¶3)

**IT IS HEREBY ORDERED** that Defendant's Motion for Entitlement to Rule 68 Costs is **GRANTED**. Defendant shall file all supporting documentation **no later than Friday, May 21, 2010**.

Signed: April 29, 2010

Richard L. Voorhees
United States District Judge