FOR THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:07CV109-V

| | |
|---|---|
| EDIE BALESTRIERI, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | FEES AND COSTS |
| AMERICAN HOME ASSURANCE ) | |
| COMPANY, ) | |
|     Defendant. ) | |

**THIS MATTER** is before the Court upon the parties' Stipulation concerning fees and costs pursuant to FED. R. CIV. P. 68. (Document #194)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment of Fees and Costs is entered in favor of Defendant American Home Assurance Company in the amount of **$75,000.00**.

Signed: October 12, 2010

Richard L. Voorhees
United States District Judge

1